# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| **Transferor** | **Transferee** | **Transfer Date** | **Transfer Type** | **Transfer Amount** |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Government Counsel LLC | 1/30/2023 | Wire | $ 10,438.00 |
| | | | | $ 10,438.00 |