**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253(KBO)<br><br>(Jointly Administered) |
| **George L. Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holdings Company LLC, et al.,**<br><br>**Plaintiff,**<br>vs.<br><br>**GOVERNMENT COUNSEL LLC,**<br><br>**Defendant.** | **Adv. Case No. 25-50278 (KBO)** |

**NOTICE OF WITHDRAWAL OF PRO HAC VICE MOTION
FOR THOMAS L. ABRAMS**

Please take notice that on May 12, 2025 Defendant, Government Counsel LLC, by and through its counsel, filed a Motion and Order for Admission Pro Hac Vice (the "Motion") [Document No. 7]. Defendant hereby withdraws the Motion.

Dated: May 14, 2025

                                      Respectfully submitted,

                                      John R. Weaver, Jr., Esq.
                                      John R. Weaver, Jr. P.A.
                                      *Counsel for Defendant*
                                      2409 Lanside Drive
                                      Wilmington, DE 19801
                                      Telephone: (302) 655-7371
                                      E-mail: jrweaverlaw@verizon.net
                                      By:   /s/John R. Weaver, Jr.
                                      JOHN R. WEAVER, JR.
                                      Delaware Bar No. ID 191