# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>        Plaintiff,<br>  v.<br><br>GOVERNMENT COUNSEL LLC,<br><br>        Defendant. | Adv. Proc. No. 25-50278 (KBO) |

## **CERTIFICATE OF SERVICE**

      I, Evan T. Miller, hereby certify that on May 23, 2025, a true and correct copy of *Plaintiff's Answering Brief in Opposition to Defendant's Verified Motion to Dismiss and/or Transfer Venue* was served by U.S. Mail, Electronic Mail, and through the Court's CM/ECF system on the below parties:

| | |
|---|---|
| John R. Weaver, Jr., Esq.<br>John R. Weaver, Jr. P.A.<br>2409 Lanside Drive<br>Wilmington DE 19801<br>jrweaverlaw@verizon.net | Thomas Abrams, Esquire<br>Gamberg & Abrams<br>1213 S.E. Third Avenue, Second Floor<br>Fort Lauderdale, FL 33316<br>tabrams@tabramslaw.com |

---

[1]     The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
evan.miller@saul.com