## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| GOVERNMENT COUNSEL LLC, | Adv. Proc. No. 25-50278 (KBO) |
| Defendant. | **Related Adv. D.I.: 1, 6 and 11** |

## NOTICE OF COMPLETION OF BRIEFING ON
## DEFENDANT'S MOTION TO DISMISS

PLEASE TAKE NOTICE that plaintiff, George L. Miller, in his capacity as chapter 7 trustee for the estate of the above-captioned debtors, hereby notifies the Court, pursuant to Del. Bankr. L.R. 7007-4, that briefing on *Defendant's Motion to Dismiss Adversary Proceeding* [Adv. D.I. 6] (the "Motion to Dismiss") is complete. Defendant did not file the Notice of Completion of Briefing as required under the Local Rules; therefore, Plaintiff is filing the Notice of Completion of Briefing under Del. Bankr. L.R. 7007-4. The following documents relate to the Motion to Dismiss:

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| TAB | BRIEFING AND OTHER PAPERS | Adv D.I. NO. |
|---|---|---|
| 1. | Adversary Proceeding for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. 547 , 548 & 550 | 1 |
| 2. | Defendant's Motion to Dismiss Adversary Proceeding and/or Transfer Venue | 6 |
| 3. | Plaintiff's Answering Brief in Opposition to Defendants' Verified Motion to Dismiss and/or Transfer Venue | 11 |

Dated: June 26, 2025

**SAUL EWING LLP**

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Steven C. Reingold *(admitted pro hac vice)*
131 Dartmouth Street, Suite 501
Boston, MA 02116
Telephone:  (617) 723-3300
steven.reingold@saul.com

*Special Counsel for Plaintiff*