# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT COUNSEL LLC,<br><br>Defendant. | Adv. Proc. No. 24-50278 (KBO) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on June 26, 2025, a true and correct copy of the *Notice of Completion of Briefing on Plaintiff's Request for Oral Argument on Plaintiff's Motion to Compel* was served on the below parties in the manner indicated therein:

John R. Weaver, Jr, Esq.  
831 North Tatnall Street  
Suite 200  
Wilmington, DE 19801  
Email: jrweaverlaw@verizon.net  
**(Via Electronic Mail)**

Thomas L Abrams, Esq.  
Gamberg & Abrams  
1213 SE 3rd Ave  
Fort Lauderdale, FL 33316  
Email: tabrams@tabramslaw  
**(Via Electronic Mail)**

[*Signature Page Follows*]

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2

**SAUL EWING LLP**

By: <u>*/s/ Evan T. Miller*</u>
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800