# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy Case No.: 23−10253−KBO |
| Akorn Holding Company LLC | ) | Bankruptcy Chapter: 7 |
|     Debtor | ) | |
| _____ | ) | |
| George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. | ) | |
| | ) | |
|     Plaintiff | ) | Adv. Proc. No.:  25−50278−KBO |
| vs. | ) | |
| Government Counsel LLC | ) | |
|     Defendant | ) | |

### ORDER APPOINTING MEDIATOR

    Pursuant to **Order Establishing Streamlined Procedures** , George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), it is hereby
    **ORDERED** that this matter is scheduled for mediation consistent with the terms stipulated to by the parties in the stipulation ; and it is further
    **ORDERED** that the costs of the mediation shall be paid as indicated in the Order Establishing Streamlined Procedures ; and it is further
    **ORDERED** that Ian Connor Bifferato , who has been selected by the parties is appointed the mediator in this adversary proceeding; and it is further
    **ORDERED** that to the extent they are not waived by or modified by the terms of the Order Establishing Streamlined Procedures , this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the Order Establishing Streamlined Procedures entered shall apply.

Date: 12/15/25

                                                     Karen B Owens
                                                     Bankruptcy Judge

(VAN−486)

United States Bankruptcy Court
District of Delaware

George Miller, Chapter 7 Trustee of the,
    Plaintiff

Adv. Proc. No. 25-50278-KBO

Government Counsel LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2025 | Form ID: van486 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Thomas L Abrams, Gamberg & Abrams, 1213 SE 3rd Ave, Fort Lauderdale, FL 33316-1905 |
| pla | + | George Miller, Chapter 7 Trustee of the bankruptcy, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| md | + | Ian Connor Bifferato, The Bifferato Firm, P.A., 112 French Street, Wilmington, DE 19801-5035 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Evan T. Miller | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com |
| Ian Connor Bifferato | on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal  mstewart@tbf.legal;mferraro@tbf.legal |
| John R. Weaver, Jr. | on behalf of Defendant Government Counsel LLC jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| Michelle G. Novick | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. |

District/off: 0311-1          User: admin          Page 2 of 2
Date Rcvd: Dec 15, 2025          Form ID: van486          Total Noticed: 3

    michelle.novick@saul.com

Paige Noelle Topper

    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al.
    paige.topper@saul.com, cassandra.joyner@saul.com

Steven C. Reingold

    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al.
    steven.reingold@saul.com, michele.urann@saul.com

Turner Falk

    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al.
    turner.falk@saul.com, tnfalk@recap.email

TOTAL: 7