# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Akorn Holding Company LLC | : | Case No.: 23-10253- KBO |
| | : | |
| Debtors. | : | |
| | : | |
| George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 25-50278-KBO |
| | : | |
| Government Counsel LLC, | : | |
| | : | |
| Defendant. | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiffs: Turner Falk, Esq.

   Counsel for Defendant: Thomas Abrams, Esq.

(b) The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):

(c) The outcome of the mediation conference was:

   __X__  The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

   _____  The matter has been partially resolved and counsel (or parties) have been

      instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____      The following issues remain for this court to resolve:

_____      The matter has not been resolved and should proceed to trial.

_____      OTHER:

Dated: <u>January 9, 2026</u>            Mediator

                                                 */s/ Ian Connor Bifferato*
                                              Ian Connor Bifferato (DE #3273)
                                              The Bifferato Firm P.A.
                                              112 French St.
                                              Wilmington, DE  19801
                                              Tel. (302) 225-7600
                                              E-mail: cbifferato@tbf.legal