## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25-50278 (KBO) |
| v. | |
| GOVERNMENT COUNSEL, LLC, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al., and Defendant Government Counsel, LLC, by and through their undersigned counsel, hereby stipulate to dismiss with prejudice this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57781380.1
393059-00001

| SAUL EWING LLP | GAMBERG & ABRAMS |
|---|---|
| */s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | */s/ Thomas L. Abrams*<br>Thomas L. Abrams, Esq.<br>1213 S.E. 3rd Avenue ,Second Floor<br>Fort Lauderdale, Florida 33316<br>Telephone: (954) 523-0900<br>Facsimile : (954) 915-9016<br>tabrams@tabramslaw.com<br><br>*Counsel for Defendant Government Counsel, LLC* |

Dated: May 11, 2026

57781380.1

393059-00001                                          2